**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL KENT, | ) |
|         Plaintiff, | ) Case No. 1:23-cv-01110-GBW |
| v. | ) |
| TABULA RASA HEALTHCARE, INC., MICHAEL PURCELL, BRIAN ADAMS, SAMIRA K. BECKWITH, DENNIS K. HELLING, RONALD MITCHELL, KATHRINE O'BRIEN, DEREK SCHRIER, JONATHAN SCHWARTZ, and PAMELA SCHWEITZER, | ) JURY TRIAL DEMANDED |
|         Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 30, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*